**2**

Stephen C. Ruehmann - SBN: 167533
Ruehmann Law Firm, P.C.
9580 Oak Avenue Pkwy. #15
Folsom, CA 95630
Ph: 916-988-8001

Attorney for John Howard Helliwell
and Tammy Marie Helliwell

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| In re: | Case No. 13-21046 |
|---|---|
| JOHN HOWARD HELLIWELL | Hearing Date: June 18, 2013<br>Hearing Time: 2:00 PM<br>Hon. Christopher M. Klein |
| TAMMY MARIE HELLIWELL | Courtroom 33<br>DCN: SCR-04 |
| Deebtor | |

## MOTION TO CONFIRM

## AMENDED CHAPTER 13 PLAN

Stephen C. Ruehmann, the attorney for John Howard Helliwell and Tammy Marie Helliwell, the Debtors herein, hereby moves this Court for an Order Confirming Chapter 13 Plan.  In support of this Motion, the Debtors respectfully represent:

1. This case was commenced by the filing of a voluntary petition on behalf of the Debtors on January 26, 2013.  David P. Cusick has been duly appointed to serve as the Chapter 13 Trustee on this case.

2. Pursuant to Title 11, US Codes §341, a Meeting of Creditors was conducted by the Chapter 13 Trustee on February 28, 2103.  The Trustee has since concluded this meeting.

3. A Chapter 13 Plan was filed on January 26, 2013.

4. The Plan has been proposed in good faith.

5. The Plan proposes to pay the allowed unsecured claims an amount not less than they would have been paid if the estate of the Debtors was liquidated under the provisions of Title 11, US Codes, Chapter 7. Pursuant to Form B22c, ths is a "0%" Plan.

6. The Debtors have made all payments to the Trustee pursuant to the provisions of the Plan.

7. The Debtors have no Domestic Support Obligations, as defined.

8. Pursuant to 11 US Codes §1308, the Debtors have filed all applicable Federal, State and Local tax returns.

## RESTATEMENT

WHEREFORE, the Debtors request the Court to confirm the Amended Chapter 13 Plan.

Respectfully submitted on April 29, 2013

**/s/ Stephen C. Ruehmann**
Stephen C. Ruehmann