DAVID P. CUSICK, #160467, TRUSTEE
NEIL ENMARK, #159185, attorney for Trustee
TALVINDER S. BAMBHRA, #230907, attorney for Trustee
P.O. Box 1858
Sacramento, California 95812-1858
(916) 856-8000

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| In Re: | Case No: 13-21046-C-13C |
|---|---|
| John Howard Helliwell<br>Tammy Marie Helliwell | NOTICE OF FILED CLAIMS |
| Debtor(s) | |

In accordance with Local Bankruptcy Rule 3007-1(d)(2), David P. Cusick, Chapter 13 Trustee, has compiled a list of filed claims in this case.

(1) Prior to the expiration of the deadline to object to proofs of claims applicable in chapter 13 cases, set in Subpart(d)(3) below, the Trustee shall pay a claim as specified in the confirmed chapter 13 plan unless the Trustee is served with an objection to such claim that is set for hearing within sixty (60) days of its service. Until the objection is adjudicated or settled, the Trustee shall cease paying dividends on account of the claim. If the objection is overruled, at the request of the claimant or the Trustee, the Court may make provision for payment of any dividends not paid while the objection was pending.

(2) The Notice of Filed Claims shall be filed and served by the Trustee upon the debtor and the debtor's attorney, if any, no later than the longer of 250 days after the order for relief or 180 days after plan confirmation.

(3) Objections to claims shall be filed and served no later than sixty (60) days after service of the Notice of Filed Claims. The debtor shall set a hearing on any objection pursuant to LBR 3007-1(b)(1) or (b)(2) on the earliest available court date.

(4) Nothing herein shall prevent the debtor, the Trustee, or any other party-in-interest from objecting to a proof of claim after the expiration of the dealine for objections specified in the subparagraph (d)(3) above. However, any objection filed after the expiration of that deadline shall not, if sustained, result in any order that the claimant refund amounts paid on account of its claim.

(5) If the Notice of Filed Claims includes allowed claims that are not provided for in the chapter 13 plan, or that will prevent the chapter 13 plan from being completed timely, the debtor shall file a motion to modify the chapter 13 plan, along with any valuation and lien avoidance motions not previously filed, in order to reconcile the chapter 13 plan and the filed claims with the requirements of the Bankruptcy Code. These motions shall be filed and served no later than ninety (90) days after service by the Trustee of the Notice of Filed Claims and set for hearing by the debtor on the earliest available Court date.

(6) Nothing herein shall prevent the debtor, the Trustee, or the holder of an allowed unsecured claim from requesting plan modifications at other times.

(7) If the Court enters an order valuing a creditor's collateral and the creditor has filed or later files a proof of a secured claim in an amount greater than the value established for the collateral, the allowed secured claim shall be the value of the collateral determined by the Court. It is unnecessary for the Trustee or the debtor to file a claim objection in addition to the motion valuing the collateral. If the creditor has filed or later files a proof of a secured claim in an amount less than the value established for the collateral, the allowed secured claim shall be the amount claimed by the creditor.

(8) If the Court enters an order avoiding the judicial lien or nonpossessory, nonpurchase money security interest of a creditor and the creditor has filed or later files proof of a secured claim that identifies as security only the avoided lien or security interest, the claim shall be allowed as a general unsecured claim. It is unneccessary for the Trustee or the debtor to file a claim objection in addition to the lien avoidance motion.

**REVIEW THE COURT RECORDS. The Chapter 13 Trustee makes no warranty as to information herein. The information may be incorrect or incomplete.**

This notice contains information regarding filed claims and their treatment through the plan. The debtor should note these dates:

Chapter 13 Filed       Sat   January 26, 2013
First 341 Hearing      Thu   February 28, 2013
Confirmation Date      Wed   Jul 24, 2013
Bar Date/Govt Bar      Wed   May 29, 2013  /  Thu   July 25, 2013


"Scheduled"         refers to the amount listed for the debt in the Schedule of Creditors filed at Court.
"Filed"             refers to the amount listed in the claim filed by or on behalf of the creditor.
"Amt Per Plan"      refers to the amount according to the plan.
"Not Provided"      refers to a claim amount not provided for by the Plan.
"Special Notices"   refers to parties who may be entitled to special notice.

All claims are reported in the full amount of the filed claim. Unsecured claims are paid at the percentage approved in the confirmed plan, which may be less than the reported amount of the claim.

1
2
3
4
5
6   Dated:   August 26, 2013
7                                                              _____
                                                               TALVINDER BAMBHRA
                                                               ATTORNEY FOR TRUSTEE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Claim No.:3----ASSET ACCEPTANCE LLC----Class:UNSECURED
    Address:  P O BOX 2036  WARREN, MI  48090-2036
    Account No.:6439                                     Date Filed:    May 07, 2013
    Scheduled:     $1,365.00                    Monthly Pmt:$0.00          Int. Rate: 0.00
    Filed:         $1,375.31                    Pay Percent:  0.00
                                                Note:  LANE BRYANT

Claim No.:4----BENEFICIAL FINANCIAL I INC.----Class:UNSECURED
    Address:  636 GRAND REGENCY BLVD  BRANDON, FL  33510
    Account No.:3625                                     Date Filed:    Feb 08, 2013
    Scheduled:     $85,111.00                 Monthly Pmt:$0.00          Int. Rate: 0.00
    Filed:         $85,111.40                 Pay Percent:  0.00
                                                Note:  +DT2/3072 GRASMERE CIR/ORD VA

Claim No.:6----Ca Bus Bur Original Creditor Medical----Class:UNSECURED
    Address:  1711 S Mountain Av  Monrovia, CA  91017
    Account No.:601580601                            Date Filed:
    Scheduled:     $50.00                         Monthly Pmt:$0.00          Int. Rate: 0.00
    Filed:         NO CLAIM FILED          Pay Percent:  0.00
                                                  Note:

Claim No.:7----California Business Bu Original Credit----Class:UNSECURED
    Address:  1711 S Mountain Ave  Monrovia, CA  91016
    Account No.:601580601                            Date Filed:
    Scheduled:     $50.00                         Monthly Pmt:$0.00          Int. Rate: 0.00
    Filed:         NO CLAIM FILED          Pay Percent:  0.00
                                                  Note:  COLLLECT 4 UCI MED CNTR

Claim No.:5----CAVALRY PORTFOLIO SERVICES LLC----Class:UNSECURED
    Address:  P O BOX 27288  TEMPE, AZ  85282-7288
    Account No.:6640                                     Date Filed:    Mar 05, 2013
    Scheduled:     $12,805.00                 Monthly Pmt:$0.00          Int. Rate: 0.00
    Filed:         $12,805.46                 Pay Percent:  0.00
                                                Note:  BENEFICIAL

Claim No.:8----Coast 2 Coast Financia Original Credit----Class:UNSECURED
    Address:  101 Hodencamp Rd Ste 120  Thousand Oaks, CA  91360
    Account No.:C2C14CPR992110497           Date Filed:
    Scheduled:     $118.00                        Monthly Pmt:$0.00          Int. Rate: 0.00
    Filed:         NO CLAIM FILED          Pay Percent:  0.00
                                                  Note:  COLLECT 4 CLARK PEST CNTRL

Claim No.:21----David Cusick----Class:Court Matrix
    Address:  PO Box 1858  Sacramento, CA  95812-1858
    Account No.:                                            Date Filed:
    Scheduled:     $0.00                          Monthly Pmt:$0.00          Int. Rate: 0.00
    Filed:         $0.00                          Pay Percent:  100.00
                                                  Note:

Claim No.:9----Enhanced Recovery Co L Original Credit----Class:UNSECURED
   Address: 8014 Bayberry Rd  Jacksonville, FL  32256
   Account No.:56463711                          Date Filed:
   Scheduled:      $1,059.00                     Monthly Pmt:$0.00         Int. Rate: 0.00
   Filed:          NO CLAIM FILED                Pay Percent:  0.00
                                                 Note:  COLLECT 4 COMCAST

Claim No.:27----FRANCHISE TAX BOARD----Class:PRIORITY - NOT PROVIDED FOR BY PLAN
   Address: P O BOX 2952  BANKRUPTCY SECTION MSA 340  SACRAMENTO, CA  95812-2952
   Account No.:7756/8954                         Date Filed:   Apr 16, 2013
   Scheduled:      $0.00                         Monthly Pmt:$0.00         Int. Rate: 0.00
   Filed:          $2,120.05                     Pay Percent:  100.00
                                                 Note:  *10-12 TAXES/SPLIT #28

Claim No.:28----FRANCHISE TAX BOARD----Class:UNSECURED
   Address: P O BOX 2952  BANKRUPTCY SECTION MSA 340  SACRAMENTO, CA  95812-2952
   Account No.:7756/8954                         Date Filed:   Apr 16, 2013
   Scheduled:      $0.00                         Monthly Pmt:$0.00         Int. Rate: 0.00
   Filed:          $182.64                       Pay Percent:  0.00
                                                 Note:  SPLIT #27

Claim No.:11----Grant Weber Original Creditor Mercy----Class:UNSECURED
   Address: 26575 West Agoura Road  Calabasas, CA  91302
   Account No.:007006948                         Date Filed:
   Scheduled:      $50.00                        Monthly Pmt:$0.00         Int. Rate: 0.00
   Filed:          NO CLAIM FILED                Pay Percent:  0.00
                                                 Note:  COLLECT 4 MERCY FOLSOM

Claim No.:12----Hsbc Bank----Class:Court Matrix
   Address: PO Box 5253  Carol Stream, IL  60197
   Account No.:                                  Date Filed:
   Scheduled:      $0.00                         Monthly Pmt:$0.00         Int. Rate: 0.00
   Filed:          $0.00                         Pay Percent:  100.00
                                                 Note:

Claim No.:13----I C System Inc Original Creditor Bell----Class:UNSECURED
   Address: Po Box 64378  Saint Paul, MN  55164
   Account No.:28329735001                       Date Filed:
   Scheduled:      $370.00                       Monthly Pmt:$0.00         Int. Rate: 0.00
   Filed:          NO CLAIM FILED                Pay Percent:  0.00
                                                 Note:  COLLECT 4 BELL PEST CNTRL

Claim No.:14----I C System Inc Original Creditor Jones----Class:UNSECURED
   Address: Po Box 64378  Saint Paul, MN  55164
   Account No.:260225001                         Date Filed:
   Scheduled:      $276.00                       Monthly Pmt:$0.00         Int. Rate: 0.00
   Filed:          NO CLAIM FILED                Pay Percent:  0.00
                                                 Note:

Claim No.:29----JOHN L. SULLIVAN CHEVROLET----Class:SECURED - TO BE PAID OUTSIDE PLAN
    Address: ROSEVILLE AUTO MALL  ROSEVILLE, CA  95661
    Account No.:                                     Date Filed:
    Scheduled:    DIRECT PAY                Monthly Pmt:$0.00      Int. Rate: 0.00
    Filed:                                       Pay Percent:  0.00
                                                Note: +AUTO LOAN PD OUTSIDE

Claim No.:16----MIDLAND FUNDING LP----Class:UNSECURED
    Address: P O BOX 268941  OKLAHOMA CITY, OK  73126-8941
    Account No.:0681                           Date Filed:    Feb 28, 2013
    Scheduled:    $740.00                     Monthly Pmt:$0.00      Int. Rate: 0.00
    Filed:               $635.45                     Pay Percent:  0.00
                                                Note: CHASE

Claim No.:15----NCO FINANCIAL SYSTEMS INC----Class:UNSECURED
    Address: P O BOX 4275  NORCROSS, GA  30091
    Account No.:3435                           Date Filed:    Feb 07, 2013
    Scheduled:    $373.00                     Monthly Pmt:$0.00      Int. Rate: 0.00
    Filed:               $372.67                     Pay Percent:  0.00
                                                Note: MACYS

Claim No.:17----NORDSTROM FSB----Class:UNSECURED
    Address: P O BOX 6566  ENGLEWOOD, CO  80155
    Account No.:5457                           Date Filed:    Feb 04, 2013
    Scheduled:    $667.00                     Monthly Pmt:$0.00      Int. Rate: 0.00
    Filed:               $667.46                     Pay Percent:  0.00
                                                Note:

Claim No.:1----Office of the U.S. Trustee----Class:Court Matrix
    Address: Robert T Matsui United States Courthouse  501 I Street, Room 7-500  Sacramento, CA  95814
    Account No.:                                     Date Filed:
    Scheduled:    $0.00                       Monthly Pmt:$0.00      Int. Rate: 0.00
    Filed:               $0.00                     Pay Percent:  100.00
                                                Note:

Claim No.:18----PORTFOLIO RECOVERY ASSOCIATES LLC----Class:UNSECURED
    Address: P O BOX 12914  NORFOLK, VA  23541
    Account No.:1774                           Date Filed:    May 24, 2013
    Scheduled:    $557.00                     Monthly Pmt:$0.00      Int. Rate: 0.00
    Filed:               $557.46                     Pay Percent:  0.00
                                                Note: ORCHARD BANK

Claim No.:25----PORTFOLIO RECOVERY ASSOCIATES LLC----Class:UNSECURED
    Address: P O BOX 12914  NORFOLK, VA  23541
    Account No.:0226                           Date Filed:    May 24, 2013
    Scheduled:    $491.00                     Monthly Pmt:$0.00      Int. Rate: 0.00
    Filed:               $490.84                     Pay Percent:  0.00
                                                Note: HSBC BANK NEVADA

Claim No.:10----PREMIER BANKCARD/CHARTER----Class:UNSECURED
    Address: P O BOX 2208  VACAVILLE, CA  95696
    Account No.:6850                                     Date Filed:    Feb 22, 2013
    Scheduled:       $255.00                   Monthly Pmt:$0.00          Int. Rate: 0.00
    Filed:               $254.61                   Pay Percent:  0.00
                                                       Note:

Claim No.:19----SALLIE MAE INC----Class:UNSECURED
    Address: 220 LASLEY AVE  WILKES-BARRE, PA  18706
    Account No.:8954                                     Date Filed:    May 20, 2013
    Scheduled:       $4,131.00               Monthly Pmt:$0.00          Int. Rate: 0.00
    Filed:               $4,213.85               Pay Percent:  0.00
                                                   Note:

Claim No.:22----Stephen C. Ruehmann----Class:Court Matrix
    Address: 9580 Oak Avenue Pkwy. #15  Folsom, CA  95630
    Account No.:                                         Date Filed:
    Scheduled:       $0.00                     Monthly Pmt:$0.00          Int. Rate: 0.00
    Filed:               $0.00                   Pay Percent:  100.00
                                                   Note:

Claim No.:23----Tammy Marie Helliwell----Class:Court Matrix
    Address:  , 00000
    Account No.:                                         Date Filed:
    Scheduled:       $0.00                     Monthly Pmt:$0.00          Int. Rate: 0.00
    Filed:               $0.00                   Pay Percent:  100.00
                                                   Note:

Claim No.:2----United States Bankruptcy Court----Class:Court Matrix
    Address: Robert T Matsui United States Courthouse  501 I Street, Suite 3-200  Sacramento, CA  95814
    Account No.:                                         Date Filed:
    Scheduled:       $0.00                     Monthly Pmt:$0.00          Int. Rate: 0.00
    Filed:               $0.00                   Pay Percent:  100.00
                                                 Note:

Claim No.:20----WELLS FARGO HOME MORTGAGE----Class:MORTGAGE - ONGOING SECURED
    Address: 1 HOME CAMPUS  MAC# X2302-04C  DES MOINES, IA  50328
    Account No.:7004                                   Date Filed:
    Scheduled:       $411,135.00           Monthly Pmt:$2,283.00      Int. Rate: 0.00
    Filed:               $0.00                   Pay Percent:  100.00
                                                 Note:  +DT1/3072 GRASMERE CIR

Claim No.:24----WELLS FARGO HOME MORTGAGE----Class:MORTGAGE - ARREARS SECURED
    Address: 1 HOME CAMPUS  MAC# X2302-04C  DES MOINES, IA  50328
    Account No.:7004                                   Date Filed:    May 16, 2013
    Scheduled:       $35,000.00              Monthly Pmt:$583.33        Int. Rate: 0.00
    Filed:               $31,667.91              Pay Percent:  100.00
                                                 Note:  +DT1/3072 GRASMERE CIR/0%

**TOTALS:** (not including interest, trustee fees, or debtor's attorney fees)

|  | Secured | Priority | Unsecured |
|---|---|---|---|
| Filed: | $ 31,667.91 | $ 0.00 | $106,667.15 |

Claim No.:26----ROGER HELLIWELL----Class:SPECIAL NOTICE
    Address: 9313 PALMERSON DR  ANTELOPE, CA  95843
    Account No.:                                          Date Filed:
    Scheduled:      $0.00
    Filed:                                                Pay Percent: 100.00

## DEBTOR'S ATTORNEY

STEPHEN C RUEHMANN ESQ----Class:ATTORNEY FEE
    Address: 9580 OAK AVENUE PKWY  SUITE 15  FOLSOM, CA  95630
    Amt per Plan: $2,000.00